JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEVIN HENRY,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, Warden,<br><br>Respondent. | Case No. CV 10-9113-DOC (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 2, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE